IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Donna K. Peppers, | ) | C/A No. 0:20-326-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Andrew Saul, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 39); see 28 U.S.C. § 2412. The parties filed a joint stipulation on December 10, 2020 notifying the court that the parties had agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $9,950.00 in attorney's fees.

The court has reviewed the stipulation and finds the compromise settlement reasonable. Accordingly, it is

**ORDERED** that the Plaintiff's request for attorney's fees pursuant to the EAJA be granted in the amount of $9,950.00. EAJA fees awarded by this court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

January 11, 2021
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE